UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 10-166-JBC

RODNEY WEINEL, PETITIONER,

V. **O R D E R**

LITTLE SANDY CORRECTIONAL COMPLEX, RESPONDENT.

\* \* \* \* \* \* \* \* \*

This matter is before the court on Magistrate Judge J. Gregory Wehrman's report and recommendation to deny petitioner Rodney Weinel's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (R. 1). No objection has been filed. Accordingly, **IT IS ORDERED** that Judge Wehrman's report and recommendation (R. 14) is **ADOPTED** as the opinion of the court. **IT IS FURTHER ORDERED** that Weinel's petition for a writ of habeas corpus (R. 1) is **DENIED**.

Signed on October 18, 2011



JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY